DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JONATHAN G. GELB,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2206

_____

February 2, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

Jonathan G. Gelb, pro se.

PER CURIAM.

   Affirmed.

NORTHCUTT, KHOUZAM, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.